UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TYRELL LEWIS,<br><br>　　　　　　　Defendant. | Case No. CR24-164JNW<br><br>**DETENTION ORDER** |

Defendant Tyrell Lewis is charged with one count of conspiracy to distribute controlled substances, 21 U.S.C. §§ 841 (a)(1), 841(b)(1)(C); and a forfeiture allegation. The Court held a detention hearing on October 10, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　(1)　The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1) as Mr. Lewis is charged with an offense with a drug offense with a maximum sentence of ten years or more and there is a rebuttable presumption that no condition or

combination of conditions will reasonably assure the appearance of the person as required and the safety of the community pursuant to 18 U.S.C. § 3142(e).

(2) The Court received information about defendant's personal history, residence, family and community ties through the supplemental pretrial services report and the defendant's argument made through his attorney for release.

(3) The Defendant is viewed as a risk of nonappearance based on a history of failures to appear and an active warrant involving the possession of a short-barreled rifle out of Justice Court, Las Vegas Township, Clark County, Nevada. The court reviewed the criminal complaint, summons, release agreement and register of actions from the Nevada case (Cause #22-CR-023751). The initial charge included possession of schedule I or II controlled substance less than 14 grams, first or second offense.

(4) The Defendant is viewed as a risk of danger based on the nature of the instant offense and pattern of similar conduct outside of the instant offense.

(5) Due to the nature of the offense charged and the weight of the evidence the rebuttable presumption of detention has not been overcome.

(6) Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future court hearings while addressing the danger to other persons or the community.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 2

1  (2) Defendant shall be afforded reasonable opportunity for private consultation with
2  counsel;
3  (3) On order of a court of the United States or on request of an attorney for the
4  Government, the person in charge of the correctional facility in which Defendant is confined
5  shall deliver the defendant to a United States Marshal for the purpose of an appearance in
6  connection with a court proceeding; and
7  (4) The Clerk shall direct copies of this order to counsel for the United States, to
8  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services
9  Officer.
10  DATED this 10th day of October, 2024.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 3