UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TYRELL LEWIS,<br><br>　　　　　Defendant. | CASE NO. 2:24-cr-00164-JNW-8<br><br>ORDER DENYING DEFENDANT TYRELL LEWIS'S MOTION FOR RECONSIDERATION |

On December 19, 2024, the Court heard oral argument on Lewis's motion appealing his detention order, and it denied the motion for reasons stated on the record. Dkt. No. 278. On March 25, 2025, Lewis moved for reconsideration of the Court's order. Dkt. No. 351. The Court ordered the Government to respond. Having reviewed the record, the briefing, and the relevant law, the Court is fully informed and denies the motion for the reasons below.

"Motions for reconsideration are disfavored." CrR12(b)(13)(A). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.*

ORDER DENYING DEFENDANT TYRELL LEWIS'S MOTION FOR RECONSIDERATION - 1

Lewis argues that reconsideration is appropriate based on the discovery of new facts after the Court's December 19 hearing. But on review of the record and the Government's response, the Court finds that these facts were available to Lewis before the December 19 hearing. *See* Dkt. No. 366 at 3–4. And in any event, the facts that Lewis cites support the same arguments that this Court has already heard and rejected.

Accordingly, the Court DENIES Lewis's motion for reconsideration. Dkt. No. 351.

Dated this 2nd day of May, 2025.

Jamal N. Whitehead
United States District Judge