HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TYRELL LEWIS,

Defendant.

Cause No.  CR. 24-164 JNW

**ORDER GRANTING
LEAVE TO WITHDRAW
MOTION**

The Defendant has filed motion to withdraw his Motion to Revoke the Detention Order, (Document 904), because the grounds upon which the motion was based no longer exist considering the Defendant's guilty plea.  The Court finds good cause for the request, and it is hereby ordered that the Motion to Revoke the Detention Order shall be withdrawn.

//

//

ORDER GRANTING LEAVE TO
WITRHDRAW MOTION - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

DATED THIS 28th day of April, 2026

Jamal N. Whitehead
United States District Judge

ORDER GRANTING LEAVE TO
WITRHDRAW MOTION - 2